3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEWAYNE JOHNSON,

        Defendant.
_____/

Case:2:10-cr-20452
Judge: Roberts, Victoria A
MJ: Majzoub, Mona K
Filed: 07-20-2010 At 04:06 PM
INDI USA V DEWAYNE JOHNSON (EB)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 922(g)(1) -- *Felon in Possession of a Firearm*)

On or about June 23, 2010, in the Eastern District of Michigan, the defendant, DEWAYNE JOHNSON, being a person convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, to wit: one (1) Taurus, .38 caliber handgun, s/n ZC379977, which was manufactured outside the State of Michigan, thereby traveling in interstate and foreign commerce to reach this jurisdiction, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

(18 U.S.C. § 924(d) -- *Firearms and ammunition forfeiture*)

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1 of this Indictment, the defendant DEWAYNE JOHNSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense.

THIS IS A TRUE BILL

s/Grand Jury Foreperson
FOREPERSON

BARBARA L. McQUADE
United States Attorney


s/Kevin M. Mulcahy
KEVIN M. MULCAHY
Assistant United States Attorney
Chief, General Crimes Unit


July 20, 2010

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S | Case: 2:10-cr-20452<br>Judge: Roberts, Victoria A<br>MJ: Majzoub, Mona K<br>Filed: 07-20-2010 At 04:06 PM<br>INDI USA V DEWAYNE JOHNSON (EB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

**Reassignment/Recusal Information**   This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes      X☐ No | AUSA's Initials: KMM |

Case Title: USA v. D-1 **DEWAYNE JOHNSON**

County where offense occurred : WAYNE

Check One:        X☐ Felony            ☐ Misdemeanor            ☐ Petty

____Indictment/____Information --- no prior complaint.
 X  Indictment/____Information --- based upon prior complaint [Case number: 10-30280      ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____
 ☐   Original case was terminated; no additional charges or defendants.
 ☐   Corrects errors; no additional charges or defendants.
 ☐   Involves, for plea purposes, different charges or adds counts.
 ☐   Embraces same subject matter but adds the additional defendants or charges below:

   **Defendant name**              **Charges**            **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 20, 2010
Date

*[signature]*
KEVIN M. MULCAHY
Assistant United States Attorney
Chief General Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9713
Fax: (313) 226-2372
E-Mail address: kevin.mulcahy@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09